1 | **JASON G. REVZIN**
Nevada Bar No. 8629
2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3 | 6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
4 | Telephone: (702) 893-3383
Facsimile: (702) 893-3789
5 | jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN. EILER,<br><br>          Plaintiff,<br><br>v.<br><br>NOVATION CREDIT UNION, LEXISNEXIS RISK SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANSUNION, LLC,<br><br>          Defendant. | Case No. 2:18-cv-1830-GMN-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Kathryn Eiler ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 20, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 30, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

1 | Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 20, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 30th day of October, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC and KAZEROUNI LAW GROUP, APC**

*/s/ Michael Kind*

Michael Kind
Kazerouni Law Group, APC
6069 South Fort Apache Rd, Suite 100
Las Vegas, NV 89148
(800) 400-6808
Facsimile: (800) 520-5523
mkind@kazlg.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __30th__ day of __October__, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**