**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
Novation Credit Union

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathryn A. Eiler,<br><br>Plaintiff,<br><br>v.<br><br>Novation Credit Union, Chase Bank USA, N.A d/b/a Chase Card, LexisNexis Risk Solutions, Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>Defendants. | CASE NO.: 2:18-cv-01830<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT NOVATION CREDIT UNION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant, Novation Credit Union, and Plaintiff, Kathryn A. Eiler, through their undersigned counsel, hereby stipulate that Defendant, Novation Credit Union, shall have up to and including November 19, 2018, to file and serve its responsive pleading to Plaintiff's Complaint.

///
///
///
///
///
///

1

The parties are engaged in settlement discussions and request time to determine if early settlement is possible. This is the first requested extension.

DATED this ___ day of October, 2018.          DATED this ___ day of October, 2018.

**RESNICK & LOUIS, P.C.**                     **KAZEROUNI LAW GROUP, APC**

_____               /s/ Michael Kind, Esq.
SUE TRAZIG CAVACO, ESQ.                       MICHAEL KIND, ESQ.
Nevada Bar No. 6150                           Nevada Bar No. 13903
8925 West Russell Rd., Suite 220              6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148                           Las Vegas, NV 89148
Attorneys for Defendant,                      Attorneys for Plaintiff
Novation Credit Union

**ORDER**

IT IS SO ORDERED.
       6th of November
DATED this ___ day of October, 2018.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate