Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Chase Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN A. EILER,<br><br>    Plaintiff,<br><br>v.<br><br>NOVATION CREDIT UNION, CHASE BANK USA, N.A. d/b/a CHASE CARD; LEXISNEXIS RISK SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>    Defendants. | CASE NO. 2:18-cv-01830-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Chase Bank USA, N.A.'s ("Chase") response to Plaintiff Kathryn A. Eiler's ("Plaintiff") complaint is currently due December 11, 2018. Chase and Plaintiff agree that Chase has up to and including January 8, 2019 to respond to Plaintiff's complaint, to provide time for the parties to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Chase to prepare a response.

*[Continued on following page]*

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 6th day of December, 2018.

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Defendant Chase Bank, USA, N.A.* | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>6069 S. Fort Apache Road, Suite 100<br>Las Vegas, Nevada 89148<br><br>David H. Krieger<br>HAINES & KRIEGER<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 7, 2018

# CERTIFICATE OF SERVICE

I certify that on December 6, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT (First Request) was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

Jason Revzin
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Jennifer L Braster
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP